Scott Jacobs, SBN 81980
Brandon Corbridge, SBN 244934
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: 213.457.8000
Facsimile: 213.457.8080

Attorneys for Defendant
SUR LA TABLE, INC.

Gene J. Stonebarger, SBN 209461
Richard D. Lambert, SBN 251148
STONEBARGER LAW
75 Iron Point Circle, Suite 145
Folsom, CA 95630
Telephone: 916.235.7140
Facsimile: 916.235.7141

Attorneys for Plaintiff and the Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA GEORGINO, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUR LA TABLE, INC., a Washington corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:11-CV-03522-MMM-JEM<br><br>**JOINT STIPULATION CONSOLIDATING CASE NO. CV 11-07301-MMM(JEMx) WITH CASE NO. CV 11-03522-MMM(JEMx)** |

Plaintiff Amanda Georgino and Defendant Sur La Table, being plaintiff and defendant in the instant action, Case No. 11-03522-MMM(JEMx), concur that the instant action and the action entitled *Nancy Dardarian v. Sur La Table, Inc.*, Case No. 11-07301-MMM(JEMx), each involve common questions of law and fact and that the consolidation of the actions for all purposes will avoid unnecessary costs and delays and prevent duplication of evidence.

Accordingly, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the parties, by and through their counsel of record, hereby stipulate to an order consolidating Case No. 11-07301-MMM(JEMx) with Case No. 11-03522-MMM(JEMx) for all purposes.

IT IS SO STIPULATED.[1]

DATED: October 14, 2011        REED SMITH LLP

By   */s/ Scott H. Jacobs*
     Scott H. Jacobs
     Brandon W. Corbridge
     Attorneys for Defendant
     SUR LA TABLE, INC.

DATED: October 14, 2011        STONEBARGER LAW

By   */s/ Gene J. Stonebarger*
     Gene J. Stonebarger
     Richard D. Lambert
     Attorneys for Plaintiff
     AMANDA GEORGINO and the Class

---

[1] The filer attests that concurrence in the filing of this document has been obtained from each of the other signatories and the filer maintains records to support such concurrence.

**PROOF OF SERVICE**

I, Candice A. Spoon, declare as follows:

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071-1514. On October 14, 2011, I served the following document(s) by the method indicated below:

**JOINT STIPULATION CONSOLIDATING CASE NO. CV 11-07301-MMM(JEMx) WITH CASE NO. CV 11-03522-MMM(JEMx); [PROPOSED] ORDER**

☒ BY CM/ECF ELECTRONIC DELIVERY: In accordance with the registered case participants and in accordance with the procedures set forth at the Court's website www.ecf.cacd.uscourts.gov

☐ by transmitting via facsimile on this date from fax number 213.457.8080 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☐ by transmitting via email to the parties at the email addresses listed below:

– 1 –
PROOF OF SERVICE

| Gene J. Stonebarger, Esq.<br>Stonebarger Law, APC<br>75 Iron Point Circle, Suite 145<br>Folsom, California 95630<br>Tel: 916.235.7140<br>Fax: 916.235.7141<br>Email: gstonebarger@stonebarger.com | Attorneys for Plaintiff<br>*Amanda Georgino, et al.* |

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on October 14, 2011, at Los Angeles, California.

*[signature]*
CANDICE A. SPOON

US_ACTIVE-106778628.1

REED SMITH LLP
A limited liability partnership formed in the State of Delaware