UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-03522-MMM(JEMx) CV 11-07301-MMM(JEMx) CV 11-7324-MMM(JEMx) | Date | November 8, 2011 |
|---|---|---|---|

| Title | Amanda Georgino vs Sur La Table Inc. Nancy Dardarian vs Sur La Table Inc. Linda Petersen vs Sur La Table Inc. |
|---|---|

Present: The Honorable    MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | |

**Proceedings:**          **Consolidation of Case under Case Number CV 11-03522 and Termination of Case Number CV 11-07301 and CV 11-07324**

　　　　The court orders the consolidation of Case No. CV 11-07301 and CV 11-07324 with Case No. CV 11-03522-MMM(JEMx) for all purposes and for trial.  For ease of record keeping, the court orders that all further documents and proceedings occur under Case No. CV 11-035522, and that Case No. CV 11-07301 and CV 11-7324 be closed.  Counsel are directed to file all further documents under Case No. **CV 11-03522-MMM(JEMx) only.**  The documents should utilize the caption of the original filed case to which they relate.

---

CV-90 (12/02)                                        **CIVIL MINUTES - GENERAL**                                        Initials of Deputy Clerk AH