Scott Jacobs, SBN 81980
shjacobs@reedsmith.com
Brandon Corbridge, SBN 244934
bcorbridge@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone:  213.457.8000
Facsimile:   213.457.8080

Attorneys for Defendant
SUR LA TABLE, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA GEORGINO, an individual, on behalf of herself and all others similarly situated,<br><br>           Plaintiff,<br><br>     vs.<br><br>SUR LA TABLE, INC., a Washington corporation; and DOES 1 through 50, inclusive,<br><br>           Defendants.<br><br>AND CONSOLIDATED CASES | Case No.: 2:11-CV-03522-MMM-JEM<br><br>**[PROPOSED]** ORDER APPROVING STIPULATED PROTECTIVE ORDER<br><br><br><br>The Honorable Margaret M. Morrow |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Having considered the Stipulated Protective Order submitted by the parties on January 18, 2012, and good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulated Protective Order is approved and shall govern the production and disclosure of confidential documents and information in this action.

Dated:  January 20, 2012         */s/John E. McDermott*
                                 The Honorable John E. McDermott
                                 UNITED STATES MAGISTRATE JUDGE